## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ABDULLAH H. ALSHORMAN, | |
| Plaintiff, | Case No.: 1:19-cv-00175-SEB-MPB |
| v. | Honorable Judge Sarah E. Barker |
| ADT, LLC, | |
| Defendant. | |

## <u>AGREED STIPULATION OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff ABDULLAH

H. ALSHORMAN and the Defendant ADT, LLC through their respective counsel that the above-

captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each

party shall bear its own costs and attorney's fees.


Dated: August 16, 2019                    Respectfully Submitted,


**ABDULLAH H. ALSHORMAN**                **ADT, LLC**


*/s/ Alexander J. Taylor*                 */s/ Patrick F.X. Fitzpatrick (with consent)*
Alexander J. Taylor, *Of Counsel*         Patrick F.X. Fitzpatrick
*Counsel for Plaintiff*                   *Counsel for Defendant*
Sulaiman Law Group, Ltd.                  Taft Stettinius & Hollister LLP
2500 S. Highland Ave., Ste. 200           One Indiana Square, Suite 3500
Lombard, Illinois 60148                   Indianapolis, Indiana 46204
Phone: (630) 575-8181                     Phone: (317) 713-3500
ataylor@sulaimanlaw.com                   pfitzpatrick@taftlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.


<i>/s/ Alexander J. Taylor</i><br>Alexander J. Taylor