UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ABDULLAH H. ALSHORMAN,

Plaintiff,

v.

ADT, LLC,

Defendant.

Case No.: 1:19-cv-00175-SEB-MPB

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: 8/21/2019
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff ABDULLAH H. ALSHORMAN and the Defendant ADT, LLC through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney's fees.

Dated: August 16, 2019

Respectfully Submitted,

**ABDULLAH H. ALSHORMAN**

*/s/ Alexander J. Taylor*
Alexander J. Taylor, *Of Counsel*
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com

**ADT, LLC**

*/s/ Patrick F.X. Fitzpatrick (with consent)*
Patrick F.X. Fitzpatrick
*Counsel for Defendant*
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
Phone: (317) 713-3500
pfitzpatrick@taftlaw.com